UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Cr. No. 03-869-MBB |
| ) | |
| LOI VAN NGUYEN   ) | |
| ) | |

JOINT MOTION FOR CONTINUANCE
PURSUANT TO 18 U.S.C. § 3161(h)(8)(A)

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Laura J. Kaplan, Assistant U.S. Attorney, and Loi Van Nguyen, by his attorney, Raymond Sayeg, jointly request a continuance of the period within which the government must seek an indictment in this matter, and that the additional time be excluded under the Speedy Trial Act in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A). In support of this motion, the parties state as follows:

1.  On July 14, 2003, the defendant was charged by complaint with money laundering, in violation of Title 18, United States Code, Section 1956(A)(3)(b) and 2.

2.  On December 16, 2003, the defendant was arrested pursuant to the arrest warrant issued in this action on July 14, 2003. Agents of the Immigration and Customs Service ("ICE") had previously been unsuccessful in their attempts to locate the defendant.

3.  On December 17, 2003, the defendant had his initial appearance and was remanded pending a detention hearing which was

scheduled for January 15, 2004.

4. On January 15, 2004, the defendant agreed to voluntary detention without prejudicing his right to reopen the detention hearing.

5. Since the detention hearing, the government and the defendant have been engaged in discussions relating to a possible disposition of this case by pre-indictment plea agreement. However, the negotiation of a possible plea agreement will not be complete by the last date that this case must be indicted under the terms of the Speedy Trial Act, in the absence of further action.

6. The government now moves, and the defendant has assented, to waive the speedy trial requirements including specifically the provisions of Section 3161(b), which mandates that an indictment or information be filed within thirty days from the date of arrest.

WHEREFORE, the parties request that, in the interests of justice, this Court allow a continuance of the period within which the government must seek an indictment in this matter for the time period from February 16, 2004 through March 17, 2004, and that this period be excluded under the Speedy Trial Act in

the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

By: _____
        LAURA J. KAPLAN
        Assistant U.S. Attorney


                                    LOI VAN NGUYEN

By: _____
        RAYMOND SAYEG
        Attorney for LOI VAN NGUYEN